UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | CRIMINAL NO: |
| v. | | |
| SAMUEL LEO ORTEGA | | **H-08-662** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A        CRIMINAL INDICTMENT        has been returned against the defendant listed

below.

   It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

<u>Defendant</u>

SAMUEL LEO ORTEGA

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on        October 16, 20 08.

UNITED STATES MAGISTRATE JUDGE